ZIMMERMAN, Respondent, v. MEYROWITZ, Appellant. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by Charles L. Zimmerman against Emil B. Meyrowitz. From a judgment adjudging defendant's answer to be a sham, and awarding judgment to plaintiff upon the remainder of the amended answer for the relief demanded in the complaint, and also from the order striking out the defense contained in the answer and directing judgment for the plaintiff, defendant appeals. Reversed. See 69 N. Y. Supp. 800. John L. Hill, for appellant. J. Noble Hayes, for respondent.

HATCH, J. The question arising upon this appeal is precisely the same as that disposed of in the case of Zimmerman v. Meyrowitz (being action No. 3 of the series, herewith handed down) 79 N. Y. Supp. 159. The order and judgment based thereon should be reversed, with costs and disbursements to the appellant.